DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PAULINE VILENO,

Appellant,

v.

JAMES BITTS, as personal representative
of the Estate of Margaret Bliven, deceased,

Appellee.

No. 2D2023-2063

_____

December 17, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Pauline Vileno, pro se.

Heather Cherepkai of Denali Law Group, P.A., Fort Myers, for Appellee.

PER CURIAM.

        Affirmed.


SILBERMAN, VILANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.